[No. 58327-1-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK PALELI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11606-1, Douglas D. McBroom, J., entered May 15, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58374-3-I.   Division One.   July 9, 2007.]

ARNOLD R. FOLKERTSMA ET AL., *Appellants*, v. HOWARD J. TOP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-00709-1, Steven J. Mura, J., entered May 5, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[No. 58536-3-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08493-2, Douglass A. North, J., entered June 15, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58633-5-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO C. MORALES-CARILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-01782-6, Laura C. Inveen, J., entered July 10, 2006. *Affirmed* by unpublished per curiam opinion.